United States District Court
Southern District of Texas
**ENTERED**
September 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ROGELIO GONZALEZ, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 7:24-CV-318 |
| FRANK BISIGNANO, Commissioner of the Social Security Administration, | § |
| Defendant. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's complaint pursuant to 42 U.S.C. § 405(g), which has been referred to the Magistrate Judge for report and recommendation. On June 6, 2025, the Magistrate Judge issued the Report and Recommendation (Dkt. Entry No. 13), recommending that the complaint be denied, the final decision of the Commissioner be affirmed, and this civil action be dismissed. No objections to the Report and Recommendation have been filed.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the Court has conducted a review of the Report and Recommendation. Finding no clear error, the Court adopts the Report and Recommendation (Dkt. Entry No. 13) in its entirety. Accordingly, it is hereby **ORDERED** that the complaint is **DENIED**, the Commissioner's final decision to deny benefits is **AFFIRMED**, and this civil action is **DISMISSED**.

SO ORDERED September 9, 2025, at McAllen, Texas.

Randy Crane
Chief United States District Judge